*Nancy L. Chupak,* assistant state's attorney, in opposition.

Decided September 5, 2008

STATE OF CONNECTICUT *v.* PHILIP MITCHELL

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 108 Conn. App. 388 (AC 27074), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defendant's statement was admitted in violation of his

rights under *Miranda* v. *Arizona*, 384 U.S. 436, 86 S. Ct. 1602, 16 L. Ed. 2d 694 (1966), and if so, was this harmful error requiring a new trial?"

The Supreme Court docket number is SC 18219.

*James M. Ralls*, senior assistant state's attorney, in support of the petition.

*Charles F. Willson*, special public defender, in opposition.

Decided September 5, 2008